tration procedure like the Patent Office registration under which plaintiff has been permitted to practice before the United States Patent Office while a Michigan resident. See 37 CFR § 1.341. John R. Benefiel, *in propria persona,* plaintiff. *Robert K. Avery,* for defendant.

FEBRUARY 23, 1978

POUNDER v HARPER WOODS BOARD OF EDUCATION. (Docket No. 59366.) Rehearing denied. *Fieger, Golden & Cousens* for plaintiff-appellee. *LaBarge, Zatkoff & Dinning, P.C.,* for defendant-appellant. Reported at 402 Mich 91.

MARCH 2, 1978

FALK v STATE BAR OF MICHIGAN. (Docket No. 60722.) The plaintiff's petition for special relief and motion for stay and the defendant's motion for instruction are considered. Former Judge Maurice E. Schoenberger is appointed as a fact finder before whom the parties shall present evidence, including testimony on the issue plaintiff raises. Former Judge Maurice E. Schoenberger shall make findings on any factual matters controverted by the parties and submit his findings to this Court. In light of defendant's willingness to defer collection of plaintiff's dues pending adjudication of the issue raised, instruction becomes moot by entry of this order and is denied. *Allan Falk, in propria persona,* plaintiff. *Bushnell, Gage & Reizen* for defendant.

MARCH 9, 1978

PEOPLE *ex rel* WAYNE PROSECUTOR v RECORDER'S COURT JUDGE. (IN THE MATTER OF BLOUNT). (Docket No. 60749.) The Court of Appeals order of November 18, 1977 certifying a question to this Court under GCR 1963, 797.2(a) is considered and the request is denied as improper under that court rule. GCR 1963, 797.1 governs the procedure for certified questions "from Michigan courts", and is therefore the subrule which would govern a certified question from the Michigan Court of Appeals. GCR 1963, 797.2(a) governs the procedure for certifying questions from courts other than Michigan courts. Since the Court of Appeals order is not accompanied by an "executive message of the Governor", as required by subrule 797.1(a), we will not consider the request under that subrule. Case below, Court of Appeals Nos. 77-2474, 77-2475, order of November 18, 1977.